

**PRISONER CASE**

UNITED STATES DI$
NORTHERN DISTRI(  08CV3521
# Civil Cove  JUDGE CASTILLO
           MAG. JUDGE NOLAN

**Plaintiff(s):** United States of America ex rel. DARRYL WASHINGTON

**Defendant(s):** GERARDO ACEVEDO, et al.

**County of Residence:** KNOX

**County of Residence:**

**Plaintiff's Address:**

Darryl Washinngton
K-62037
Hill - HIL
P.O. Box 1700
Galesburg, IL  61401

**Defendant's Attorney:**

Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph Street - 12th Floor
Chicago, IL  60601

FILED
JUN 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham   **Date:** 06/19/2008