# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number:   08 C 3521

United States of America ex rel. Darryl Washington, Petitioner,

    vs.

Gerardo Acevedo, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Respondent Gerardo Acevedo.

| |
|---|
| NAME (Type or print) <br> Erin M. O'Connell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Erin M. O'Connell |
| FIRM <br> Office of the Illinois Attorney General, Criminal Appeals Division |
| STREET ADDRESS   100 W. Randolph St., 12th Floor |
| CITY/STATE/ZIP <br> Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6283650 | TELEPHONE NUMBER <br> (312) 814-1235 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**CERTIFICATE OF SERVICE**

      I certify that on July 9, 2008, I electronically filed respondent's **Attorney Appearance** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of this document via the United States Postal Service to the following non-CM/ECF user:

      Darryl Washington, #K62037
      Hill Correctional Center
      600 South Linwood Road
      P.O. Box 1700
      Galesburg, IL 61402.

  /s/ Erin M. O'Connell
ERIN M. O'CONNELL, Bar #6283650
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601-3218
PHONE: (312) 814-1235
FAX: (312) 814-2589
EMAIL: eoconnell@atg.state.il.us