UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| ex rel. DARRYL WASHINGTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 3521 |
| | ) | |
| GERARDO ACEVEDO, Warden, | ) | The Honorable |
| | ) | Ruben Castillo, |
| Respondent. | ) | Judge Presiding. |

---

### MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE DEFEND AGAINST PETITION FOR WRIT OF HABEAS CORPUS

Pursuant to Federal Rule of Civil Procedure 7(b)(1), respondent GERARDO ACEVEDO hereby moves for a 30-day extension of time to answer or otherwise defend against petitioner's petition for writ of habeas corpus, stating as follows:

1. Assistant Attorney General Erin M. O'Connell was assigned to represent respondent in this matter on or about July 7, 2008.

2. Respondent's answer or other response to the petition is currently due on or before July 21, 2008.

3. Despite due diligence, counsel will be unable to file respondent's response by this date. Counsel has ordered, but not yet received, all of the state court materials necessary to file an informed response to the petition.

4. This motion is respondent's first request for an extension of time.

     5.    Counsel for respondent was unable to contact the pro se petitioner to secure his agreement to the motion prior to filing, since petitioner is incarcerated.

WHEREFORE, respondent respectfully requests that this Court grant his motion for a 30-day extension of time, to and including August 20, 2008, within which to answer or otherwise defend against the petition.

July 9, 2008                                      Respectfully submitted,

                                                   LISA MADIGAN
                                                   Attorney General of Illinois

              By:     /s/ Erin M. O'Connell
                           ERIN M. O'CONNELL, Bar #6283650
                           Assistant Attorney General
                           100 W. Randolph Street, 12th Floor
                           Chicago, IL 60601-3218
                           PHONE: (312) 814-1235
                           FAX: (312) 814-2589
                           EMAIL: eoconnell@atg.state.il.us

## **CERTIFICATE OF SERVICE**

  I certify that on July 9, 2008, I electronically filed respondent's **Motion for Extension of Time to Answer or Otherwise Defend Against Petition for Writ of Habeas Corpus**, and the accompanying **Notice of Motion**, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of this document via the United States Postal Service to the following non-CM/ECF user:

  Darryl Washington, #K62037
  Hill Correctional Center
  600 South Linwood Road
  P.O. Box 1700
  Galesburg, IL 61402.

            /s/ Erin M. O'Connell
            ERIN M. O'CONNELL, Bar #6283650
            Assistant Attorney General
            100 W. Randolph Street, 12th Floor
            Chicago, IL 60601-3218
            PHONE: (312) 814-1235
            FAX: (312) 814-2589
            EMAIL: eoconnell@atg.state.il.us