UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ex rel. DARRYL WASHINGTON, ) | | |
| ) | | |
| Petitioner, ) | | |
| ) | | |
| v. ) | No. 08 C 3521 | |
| ) | | |
| GERARDO ACEVEDO, Warden, ) | The Honorable | |
| ) | Ruben Castillo, | |
| Respondent. ) | Judge Presiding. | |

**NOTICE OF MOTION**

To:   Darryl Washington, #K62037
      Hill Correctional Center
      600 South Linwood Road, P.O. Box 1700
      Galesburg, IL 61402

   On Wednesday, July 16, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo, or any judge sitting in his stead, in Courtroom 2141, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE DEFEND AGAINST PETITION FOR WRIT OF HABEAS CORPUS.

July 9, 2008                              Respectfully submitted,

                                          LISA MADIGAN
                                          Attorney General of Illinois

                              By:   /s/ Erin M. O'Connell
                                    ERIN M. O'CONNELL, Bar # 6283650
                                    Assistant Attorney General
                                    100 W. Randolph Street, 12th Floor
                                    Chicago, Illinois 60601-3218
                                    PHONE: (312) 814-1235
                                    FAX: (312) 814-2589
                                    EMAIL: eoconnell@atg.state.il.us