**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Darryl Washington
                       Plaintiff,

v.                                     Case No.: 1:08−cv−03521
                                              Honorable Ruben Castillo

Gerardo Acevedo
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Respondent's motion for extension of time to answer or otherwise defend against petition for writ of habeas corpus [9] is granted. Respondent's response to the petition for writ of habeas corpus is due on or before 8/20/2008. Petitioner's reply will be due on or before 9/8/2008. The court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.