

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Darryl Washington,
    Petitioner,

vs.

Gerardo Acevedo, Warden,
    Respondent.

Case No. 08 C 3521

FILED
JUL 17, 2008
JUL 17 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

CERTIFICATE OF SERVICE

TO:

PRISONER'S CORRESPONDENCE OFFICE
U.S. DISTRICT COURT
219 S. DEARBORN STREET, Rm. 2302-B
CHICAGO, ILLINOIS 60604

    **PLEASE TAKE NOTICE**, that I mailed to the above parties and address two copies of ___Habeas Corpus Petition___, by placing the same in the proper prison officials hands to affix the appropriate postage and placement in the U.S. Mail Service, here at the Hill Correctional Center, P.O. Box 1700, Galesburg, Illinois 61401, on ___June 13th___, 2008.

DARRYL WASHINGTON
REG. NO.
HILL CORRECTIONAL CTR.
P.O. BOX 1700
GALESBURG, IL 61401

Subscribed and sworn to
Before me this 10 day of
___July___, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
GARETH L. BEAMS
Notary Public - State of Illinois
My Commission Expires Sep 21, 2011

## CERTIFICATE OF SERVICE

I, **Darryl Washington**, swear under penalty of perjury that I served two (2) copies of _Petition for Writ of Habeas corpus_ to the Clerk of the U.S. District Court, located at **219 S. Dearborn Street, Rm. 2302-B, Chicago, Illinois 60604**, by placing it in the U.S. Mail Service, at the Hill Correctional Center, P.O. Box 1700, Galesburg, Illinois 61401, on the 13th day of JUNE, 2008.

_Darryl Washington_
DARRYL WASHINGTON
REG. NO.
HILL CORRECTIONAL CTR
P.O. BOX 1700
GALESBURG, IL 61401

Subscribed and sworn to
Before me this 10 day of
July, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
GARETH L. BEAMS
Notary Public - State of Illinois
My Commission Expires Sep 21, 201_